UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL ARDEN JONES,

                Petitioner,

-against-                              22-CV-0993 (LTS)

SHARLISA WALKER, of RNDC; "JOHN"        CIVIL JUDGMENT
CARTER, of RNDC,

                Respondents.

Pursuant to the order issued March 3, 2022, denying the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is denied as barred by the *Younger* doctrine. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:    March 3, 2022
             New York, New York

                                                 /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                Chief United States District Judge